

RECEIVED

AUG 23 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | *   CRIMINAL NO.: **3:18-cr-00228-01** |
| | * |
| | * |
| | *   21 U.S.C. § 841(a)(1) and (b)(1)(D) |
| VERSUS | *   18 U.S.C. § 922(g) |
| | *   18 U.S.C. § 924(c) |
| | * |
| | *   **Judge Doughty** |
| ROBERT E. ROBINSON | *   **Magistrate Judge Hayes** |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
Distribution of Marijuana
[21 U.S.C. §§ 841(a)(1) and (b)(1)(D)]

On or about September 19, 2017, in the Western District of Louisiana, the defendant, ROBERT E. ROBINSON did knowingly and intentionally distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D). [21 U.S.C. §§ 841(a)(1) and (b)(1)(D)].

### COUNT 2
Distribution of Marijuana
[21 U.S.C. §§ 841(a)(1) and (b)(1)(D)]

On or about October 4, 2017, in the Western District of Louisiana, the defendant, ROBERT E. ROBINSON did knowingly and intentionally distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I

controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).  [21 U.S.C. §§ 841(a)(1) and (b)(1)(D)].

## COUNT 3
### Felon in Possession of a Firearm
[18 U.S.C. § 922(g)(1)]

On or about October 4, 2017, in the Western District of Louisiana, the defendant, ROBERT E. ROBINSON, who having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, firearms, to-wit: (a) Smith & Wesson pistol, model SD40VE, caliber .40; (b) ACP (Rock Island Armory) revolver, model: 206, caliber .38; (c) Anderson pistol, model: AM-15, caliber .223, and ammunition, all in violation of Title 18, United States Code, Section 922(g)(1). [18 U.S.C. § 922(g)(1)].

## COUNT 4
### Possession with Intent to Distribute Marijuana
[21 U.S.C. §§ 841(a)(1) and (b)(1)(D)]

On or about October 4, 2017, in the Western District of Louisiana, the defendant, ROBERT E. ROBINSON did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).  [21 U.S.C. §§ 841(a)(1) and (b)(1)(D)].

## COUNT 5
### Possession of a Firearm in Furtherance of a Drug-Trafficking Crime
[18 U.S.C. § 924(c)]

On or about October 4, 2017, in the Western District of Louisiana, the defendant, ROBERT E. ROBINSON, did knowingly possess firearms, to-wit: (a) Smith & Wesson pistol, model SD40VE, caliber .40; (b) ACP (Rock Island Armory)

revolver, model: 206, caliber .38; (c) Anderson pistol, model: AM-15, caliber .223, and ammunition, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to-wit: Possession with Intent to Distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, as alleged in Count 4, all in violation of Title 18, United States Code, Section 924(c)(1)(A). [18 U.S.C. § 924(c)(1)(A)].

## FORFEITURE ALLEGATION

The allegations in all counts are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1) and Rule 32.2 of the Federal Rules of Criminal Procedure.

A.      Upon conviction of the controlled substance and firearms offenses alleged and set forth above in this Indictment, the defendant, ROBERT E. ROBINSON, shall forfeit to the United States all of their interest in:

1. Any property consisting or derived from proceeds the defendants obtained directly or indirectly as the result of said violations as set forth in this Indictment, which include the specific amounts set forth below; and

2. Any property including firearms used or intended to be used in any manner or part to commit or facilitate the commission of the aforementioned violations.

B.      By virtue of the firearms offenses charged in this Indictment, any and all interest in the above-described property is vested in the United States and is forfeited to the United States pursuant Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1) and Rule 32.2 of the Federal Rules of Criminal Procedure.

C.      The property referred to in paragraphs A and B above includes, but is not limited to, the following seized on October 4, 2017:

1.  Smith & Wesson pistol, model SD40VE, caliber .40;

2.  14 rounds of .40 ammunition;

3.  ACP (Rock Island Armory) revolver, model: 206, caliber .38;

4.  6 rounds of .38 ammunition;

5.  Anderson pistol, model: AM-15, caliber .223;

6.  30 rounds of .223 ammunition;

7.  161 rounds of .38 ammunition;

8.  22 rounds of 9mm ammunition;

9.  291 rounds of .223 ammunition;

10. 28 rounds of .40 ammunition;

11. 1 round of .22 LR ammunition;

12. 66 rounds of 7.62 ammunition;

13. 16 rounds of 12 gauge ammunition;

14. 10 rounds of .357 ammunition;

15. $2,565.00 in U.S. currency.

All in accordance with Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1) and Rule 32.2 of the Federal Rules of Criminal Procedure.

A TRUE BILL:

*REDACTED*

Grand Jury Foreperson

DAVID C. JOSEPH
United States Attorney

BRIAN C. FLANAGAN, LA Bar #35125
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
(318) 676-3600