RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 6/5/19
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 18-cr-00228-01 |
|---|---|---|
| | * | |
| | * | |
| | * | 21 U.S.C. § 841(a)(1) and (b)(1)(D) |
| VERSUS | * | 18 U.S.C. § 922(g) |
| | * | 18 U.S.C. § 924(c) |
| | * | |
| | * | DISTRICT JUDGE DOUGHTY |
| ROBERT E. ROBINSON | * | MAGISTRATE JUDGE HAYES |

## WRITTEN FACTUAL BASIS

This Factual Basis is submitted in accordance with Federal Rules of Criminal Procedure, Rule 11(f). The parties signing below agree and stipulate to the following factual matters, as the basis for the Defendant pleading guilty to Counts 4 and 5 of the Indictment:

On October 4, 2017, following two undercover buys of marijuana from ROBERT E. ROBINSON, law enforcement officers with the Metro Narcotics Unit obtained a search warrant for ROBERT E. ROBINSON'S residence at 2207 Elizabeth St. in Monroe, Louisiana. From the master bedroom, agents recovered a Rock Island Armory revolver, loaded with 6 rounds of ammunition, an Anderson pistol, loaded with 30 rounds of ammunition, over 500 rounds of various caliber ammunition, and over 7,000 grams of marijuana. The Anderson pistol and marijuana were both located on the bed. From the kitchen, agents recovered multiple containers of marijuana butter from the freezer, and a container of marijuana cookies. From the living room, agents recovered a set of digital scales, a marijuana grinder, and a small amount of

marijuana. From the northeast bedroom, agents recovered a Smith & Wesson pistol, loaded with 14 rounds of ammunition. From the southeast bedroom, agents recovered a box containing 28 rounds of ammunition. The marijuana was weighed and tested by the North Louisiana Criminalistics laboratory and was confirmed to be marijuana.

Though not a binding recommendation to the Court, the parties agree that the total marijuana and converted drug weight attributable to ROBERT E. ROBINSON is more than 5,000 grams but less than 10,000 grams.

Wherefore, the parties signing below agree and stipulate that the preceding paragraphs adequately describe ROBERT E. ROBINSON'S role in the offenses of Possession with Intent to Distribute Marijuana and Possession of a Firearm in Furtherance of a Drug-Trafficking Crime, for establishing his guilt beyond a reasonable doubt to Counts 4 and 5 of the Indictment in this case.

Signed this ____ day of _____, 2019.

_____
ROBERT E. ROBINSON
Defendant

DAVID C. JOSEPH
UNITED STATES ATTORNEY

_____
WALTER M. CALDWELL, IV
Attorney for Defendant

_____
BRIAN C. FLANAGAN
Assistant United States Attorney