U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AO 243 (Rev. 09/17)

MAY 1 1 2020

TONY R. MOORE, CLERK

BY_____
        Deputy

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | OF WESTERN LOUISIANA | |
|---|---|---|---|
| Name *(under which you were convicted)*: ROBERT E. ROBINSON | | | Docket or Case No.: 3:18-cr-228-1 |
| Place of Confinement: MCFP Springfield  P.O. Box 4000 Springfield, MO 65801 | | Prisoner No.: 20897-035 | |
| UNITED STATES OF AMERICA | | Movant *(include name under which convicted)* | |
| | V. | ROBERT E. ROBINSON | |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   United States Post Office and Court House
   201 Jackson Street, Suite 215
   Monroe, Louisiana 71201

   (b) Criminal docket or case number (if you know):  18-CR-228-1

2. (a) Date of the judgment of conviction (if you know):  8/19/2019
   (b) Date of sentencing:  8/19/2019

3. Length of sentence:  Counts 4 & 5 total  72 months; Supervisory release 5 years.

4. Nature of crime (all counts):

   Count 4: 21 U.S.C. §§ 846 & 841(a)(1) & (b)(1)(D) Conspiracy to Possess with Intent to Distribute Marijuana,

   Count 5: 18 U.S.C. § 924(c)(1)(A) Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

5. (a) What was your plea?  (Check one)
   (1) Not guilty ☐          (2) Guilty ☑          (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have?  (Check one)          Jury ☐          Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?          Yes ☐          No ☐

AO 243 (Rev. 09/17)

8. Did you appeal from the judgment of conviction?  Yes ☐  No ☑

9. If you did appeal, answer the following:

(a) Name of court: _____

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised:

(g) Did you file a petition for certiorari in the United States Supreme Court?  Yes ☐  No ☐

If "Yes," answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

(5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?

Yes ☐  No ☑

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

AO 243 (Rev. 09/17)

12.   For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.  Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:**  Mr. Robinson is in custody in violation of Amendments IV and V of the Constitution of the United States; He is bein deprived of his liberty, without compelling government reasons for congress to proscribe marijuana as a controlled dangerous substance, therefore without due process of law.

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

1. Liberty, freedom from physical restraint, IS a constitutional right.
2. Marijuana is NOT a constitutional right.
3. Marijuana is federally classified as a dangerous  controlled substance.
4. The operation and effect of federal prosecution in the enforcement of 21 U.S.C. § 846, was the seizure of
Mr. Robinson's person and deprivation of his constitutional right of liberty by the bounds of prison.
5. Marijuana is not a dangerous, lethal substance for personal consumption. Marijuana has proven to be safe to use by adults without medical supervision. No one has died from overdosing by smoking marijuana.
6. A reasonable regulated interstate commerce of this property, marijuana, does not present a substantial threat to the rights of others, to public safety or health. requiring the use of federal police power.
7.  Mr. Robinson plead guilty, was convicted, deprived of his liberty, without compelling government reasons for a victimless crime.
8. Ground One is not about selective, arbitrary enforcement violating due process of law.
9. Being illegal is a threat to public safety.

(b)  **Direct Appeal of Ground One:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐       No ☐

(2)   If you did not raise this issue in your direct appeal, explain why:

(c)  **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐       No ☐

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐       No ☐

AO 243 (Rev. 09/17)

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

   (3)  Did you receive a hearing on your motion, petition, or application?

       Yes ☐     No ☐

   (4)  Did you appeal from the denial of your motion, petition, or application?

       Yes ☐     No ☐

   (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

       Yes ☐     No ☐

   (6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

   (7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13.   Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

Ground One has not been raised because of "Ineffective assistance of counsel" that was prejudicial.

1. Counsel believes the marijuana laws are constitutional because marijuana is not a fundamental right.

2. Counsel treats laws that authorize the use of police power as a political question thus violating the solemn oath to the court to support Amendment IV of the Constitution of the United States.

3. Counsel did not protect the right of Mr. Robinson to be secure against unreasonable deprivation of his constitutional right of liberty, freedom from physical restraint, and his right of property secured by Amendments IV and V.

4. Counsel doesn't know criminal laws are an Article III justiciable controversy ripe for adjudication by this court under strict scrutiny standard of review.

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?        Yes ☐        No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a)  At the preliminary hearing:

(b)  At the arraignment and plea:

(c)  At the trial:

(d)  At sentencing:
Walter M. Caldwell 4007 White's Ferry Rd. W Monroe, LA 71291

(e)  On appeal:

(f)  In any post-conviction proceeding:

(g)  On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?        Yes ☑        No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        Yes ☑        No ☐

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future:

(b)  Give the date the other sentence was imposed:

(c)  Give the length of the other sentence:

(d)  Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?        Yes ☐        No ☐

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief:
To declare liberty is freedom from physical restraint and the U.S. Congress proscribing marijuana as a controlled dangerous substance
was arbitrary and unreasonable regulation of property, depriving Mr. Robinson's liberty without compelling reasons, without due
process of law contravening Amendments IV and V of the U.S.  Constitution thus vacating both his convictions Counts 4, 5.

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion
under 28 U.S.C. § 2255 was placed in the prison mailing system on ___May 5th 2020_____.
                                                                     (month, date, year)

Executed (signed) on ___May 4th 2020_____ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.