# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:18-CR-00228-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ROBERT E. ROBINSON** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Robert E. Robinson's Motion to Vacate, Reduce, or Set Aside Sentence [Doc. No. 40], pursuant to 28 U.S.C. § 2255, is DENIED and DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 13th day of May, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE