3:18 cr 00228

RECEIVED
IN MONROE, LA.
MAY 18 2020
Tony R. Moore, Clerk
WESTERN DISTRICT OF LOUISIANA

To Judge Doughty,

My name is Robert Robinson. I was convicted in your court around August of 2019. I have been incarcerated since January 22nd of 2019. I am a non violent offender and this is my first time doing any time in jail. I am writing you because I have multiple health conditions that is getting worse since my incarceration. I am a very bad diabetic, I have heart issues, and since I've been incarcerated I had to start dialsys. I have records showing that my health and kidneys were getting better before I came to jail. But since ive been in jail my kidneys have completly failed I had or have gotten a infection that required me to go to a outside hospital to have surgery to save my life. I was sentence to 72 months in jail, but with this corvid-19 virus and my health conditions I do not believe I would be around to finish my sentence. I currently take alot of insulin for my diabetes more than I ever have in my life, and it has been times since my incarceration that I have been denied my insulin which is a vital part of my health. This prison does not have the proper food to help my health either. I am fearful that when the corvid-19 reaches this institution that will be a death penalty for me. This virus effects people with my type of health issues the worse, and my body is broken down. I have had two surgeries since I been here and is schedule to have another one. I am asking for you to look at my case or file and grant me home confinement, if not I feel this sentence

will be a death sentence. Again I am not a violent offender or any threat to society. I have not had any write ups or any discipline actions against me since my incarceration. Not only will home confinement save the government from paying for my incarceration, but also from ~~futer~~ futher surgeries and medecations. I was told by you that I will be on a 5 year probation upon my release I am asking it possible can I be on a 10 year probation with home confinement. I relize my wrong doing and the ~~reson~~ reason I received the time I received. If you will grant this I will never put myself or be in a situation to be detained by law enforcement again in my life. Please help me from this life or death situation that I am in before it gets to late. Inmate Robert Robinson 20897-035