U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - MONROE

MAY 26 2020

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:18-CR-00228-01 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| ROBERT E. ROBINSON | MAG. JUDGE KAREN L. HAYES |

**NOTICE OF APPEAL**
28 U.S. Code § 2253.Appeal (c) (1) (B) (2)

To appeal the denial of a Certificate of Appealability [Doc. No. 45] by Terry Doughty, United States District Judge on 05/13/2020 based on the court's Ruling. [Doc. No. 43] The ruling does not comply with Rule 5 (b) of the Rules Governing Section 2255 Proceedings for the United States District Courts. "The answer must address the allegations in the motion."

Being incarcerated at MCFP Springfield, I am is making a substantial showing of a denial, an actual injury, of my constitutional right of liberty. This is caused by the operation and effect of violating federal marijuana laws. Therefore, I have standing to obtain a certificate of appealability.

I am being deprived of my liberty, freedom from physical restraint, without due process of law. Habeas relief is to determine the compelling reasons for the law that deprived me of my liberty by government police power.

Dated: 5-20-2020

ROBERT E. ROBINSON
# 20897-035
MCFP Springfield
P.O. Box 4000
Springfield, MO 65801

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:18-CR-00228-01 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| ROBERT E. ROBINSON | MAG. JUDGE KAREN L. HAYES |

CERTIFICATE OF SERVICE

I certify that I placed in the prison mailing system a copy of NOTICE OF APPEAL addressed to

**Cristina Walker**
U. S. Attorney's Office (SHV)
300 Fannin St Ste 3201
Shreveport, LA 71101-3068

Date:: 5-20-2020

ROBERT E. ROBINSON
# 20897-035
MCFP Springfield
P.O. Box 4000
Springfield, MO 65801