# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

March 16, 2021

Mr. Tony R. Moore
Western District of Louisiana, Monroe
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

    No. 20-30345   USA v. Robinson
                     USDC No. 3:20-CV-591

Dear Mr. Moore,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Shea E. Pertuit, Deputy Clerk
                          504-310-7666

cc w/encl:
    Mr. Brian Christopher Flanagan
    Mr. Robert E. Robinson
    Ms. Cristina Walker

# United States Court of Appeals
# for the Fifth Circuit

---

No. 20-30345

---

A True Copy
Certified order issued Mar 16, 2021

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

United States of America,

                    *Plaintiff—Appellee*,

versus

Robert E. Robinson,

                    *Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:20-CV-591

---

CLERK'S OFFICE:

    Under 5th Cir. R. 42.3, the appeal is dismissed as of March 16, 2021, for want of prosecution. The appellant failed to timely comply with the Court's notice of June 5, 2020.

No. 20-30345

LYLE W. CAYCE<br>
Clerk of the United States Court<br>
of Appeals for the Fifth Circuit

By: _____
      Shea E. Pertuit, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT