U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 24 2021

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

Robert E. Robinson,
Defendant,

Case No.: 18-CR-00228-01

v.

United States of America,
Respondent.

## NOTICE OF APPEAL

Defendant, Robert E. robinson seeks an appeal to the Fifth Circuit Court of Appeals regarding the district court order of the denial of his compassionate release pursuant to 18 U.C.S. § 3582(c)(1)(A)(i) rendered on April 30, 2021. See Document 76. Executed this May 10, 2021, utilizing the legal mail sytem provided to prisoners for mailing legal mail to the court in accordance with the mailbox rule.

Respectfully submitted,

Robert E. Robinson
MCFP-Springfield
Reg. No.: 20897-035
P.O. Box 4000
Springfield, MO 65801